UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRAIDEN JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CV423-291 |
| ) | |
| CHATHAM COUNTY ) | |
| DETENTION CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Braiden Jacobs filed this 42 U.S.C. § 1983 Complaint, alleging his mail was mishandled at Chatham County Detention Center. *See* doc. 1 at 5. The Court granted his request to proceed *in forma pauperis*, doc. 4 at 1, and directed him to return two forms, *id.* at 4-5. The deadline has expired and he has not returned the forms. *See generally* docket. Additionally, he has not complied with the District Judge's Order concerning assignment of this case to a magistrate judge. *See* doc. 5; *see generally* docket. Moreover, the Order granting him leave to proceed *in forma pauperis* was returned by the United States Post Office as undeliverable, *see* doc. 6, suggesting that Jacobs has failed

1

to keep the Court apprised of his current address, *see, e.g.,* S.D. Ga. L. Civ. R. 11.1.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Jacobs' failure to comply with the Court's Orders and Local Rules provides a sufficient reason to dismiss his Complaint.

Accordingly, Jacobs' Complaint should be **DISMISSED**. *See, e.g.,* Fed. R. Civ. P. 41(b). This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 25th day of October, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA